UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DR. GEORGE PIECZENIK,

    Plaintiff,

v.

MERCK & CO., INC.

    Defendant.

RECEIVED
JUN 1 4 2004
AT 8:30
WILLIAM T. WALSH
CLERK

04-CV-182 (SRC)

### STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

IT IS HEREBY STIPULATED AND AGREED that the plaintiff Dr. George Pieczenik, and defendant Merck & Co., Inc. ("Merck"), hereby stipulate to voluntary dismissal with prejudice of all claims in the above-captioned CIVIL ACTION against Merck, including claims for attorney fees and costs.

Further, pursuant to Fed. R. Civ. P. 41(a) and 41(c), the parties hereby stipulate that each party shall bear its own costs.

The parties respectfully request that the Court enter the following Order dismissing the action.

DATED: ~~May~~ Jun 19, 2004

By: _____
Dr. George Pieczenik, *Pro Se*
412 East 55th Street, Apt. 1F
New York, New York 10022
Telephone: (212) 829-8491

By: _____
John J. Francis, Jr.
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047
Telephone: 973-360-1100
Facsimile: 973-360-9831
Attorneys for Defendant
MERCK & CO., INC.

### ORDER

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that all claims against Merck in Civil Action No. **04-CV-182 (SRC)**, be dismissed with prejudice, each party to bear its own costs:

DATED: this _14_ day of May, 2004

_____
HONORABLE STANLEY R. CHESLER
UNITED STATED DISTRICT COURT JUDGE